Opinion issued August 9, 2007.

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00536-CV






IN RE DAVID HENRY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, David Henry, challenges the trial
court's June 18, 2007 temporary restraining order. (1) 

 We dismiss the petition for writ of mandamus. See In re Cornyn, 27 S.W.3d
327, 332 fn. 11 (Tex. App.--Houston [1st Dist.] 2000, orig. proceeding); Hermann
Hosp. v. Thu Nga Thi Tran, 730 S.W.2d 56, 57 (Tex. App.--Houston [14th Dist.]
1987, no writ).PER CURIAM


Panel consists of Justices Nuchia, Hanks, and Bland.

 

1. 
 - 
 -